# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:18-cr-00028-RFB-VCF |
| vs. | **ORDER** |
| MIGUEL AMARILLAS-SALAZAR, | |
| Defendant. | |

Before the Court is the Motion to Dismiss Counsel for Defense (ECF No. 36).

Mace J. Yampolsky, Esq. was appointed as counsel of record for Amarillas-Salazar. (ECF No. 5). On April 19, 2018, Defendant Amarillas-Salazar filed the instant motion on his own behalf. (ECF No.36).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Motion to Dismiss Counsel for Defense (ECF No. 36) from the docket.

IT IS SO ORDERED.

DATED this 2nd day of May, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE